No. 74–524. THISTLETHWAITE *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–580. GOODEN, A MINOR, BY GOODEN, ET AL. *v.* MISSISSIPPI STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5016. AYERS *v.* OREGON. Ct. App. Ore. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5074. ESTRADA *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5427. WERTS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5506. CARTER *v.* COOK. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–313. BUCKLEY ET AL. *v.* AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS. C. A. 2d Cir.; and